IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN PHILLIPS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company;<br>COOLING & WINTER LLC, a Georgia Limited Liability Company,<br><br>Defendants. | Case No.: 1:20-cv-02512-CAP-CCB<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT COOLING & WINTER LLC'S OFFER OF JUDGMENT** |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT COOLING & WINTER LLC'S OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant COOLING & WINTER LLC's Offer of Judgment to Plaintiff and attached hereto as **Exhibit A**.

Respectfully submitted this 12 August 2020.

/s/ John William Nelson
John William Nelson
State Bar No. 920108
*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097

1

Ph.   404.348.4462
Fax.  404.549.6765

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT COOLING & WINTER LLC'S OFFER OF JUDGMENT was prepared on a computer, using Times New Roman 14-point font.

**DATED:**   12 August 2020.

/s/ John William Nelson
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEPHEN PHILLIPS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company; COOLING & WINTER LLC, a Georgia Limited Liability Company, <br><br> Defendants. | Case No.: 1:20-cv-02512-CAP-CCB <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT COOLING & WINTER LLC'S OFFER OF JUDGMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    John W. Nelson
    john@nelsonchambers.com

    Robert E. Sickles, Esq. (robert.sickles@dinsmore.com)
    DINSMORE & SHOHL LLP
    One Tampa City Center
    201 N. Franklin Street,
    Suite 3050
    Tampa, FL 33602

1

**FOR:** Defendant Portfolio Recovery Associates, LLC

S. Louis Schiappa (lschiappa@coolingwinter.com)
Cooling & Winter, LLC
1090 Northchase Parkway SE,
Suite 300
Marietta, GA 30067
**FOR:** Cooling & Winter LLC (not counsel of record; copied via direct email only)

Ronald Edward Daniels (**ron@dlawllc.com**)
Georgia Bar No.: 540854
DANIELS LAW LLC
P.O. BOX 1834
Perry, GA 31069
*Attorney for Plaintiff*

Clifford Carlson (**cc@cliffcarlsonlaw.com**)
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
*Attorney for Plaintiff*

Respectfully submitted this **12 August 2020**.

                                   **THE NELSON LAW CHAMBERS, LLC**

                                   /s/ John William Nelson
                                   John William Nelson
                                   State Bar No. 920108

                                   *Attorney for Plaintiff*

                                   The Nelson Law Chambers LLC
                                   2180 Satellite Blvd, Suite 400
                                   Duluth, Georgia 30097
                                   Ph.    404.348.4462
                                   Fax.   404.549.6765