UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN PHILLIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC a Delaware Limited Liability Company and COOLING & WINTER LLC a Georgia Limited Liability Company,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-02512-CAP-CCB |

## JUDGMENT

Defendants having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff Stephen Phillips, against the defendant Portfolio Recovery Associates LLC, for the sum of $2,001.00 plus reasonable attorney's fees and costs as described in the Offer of Judgment paragraphs 3-4, *supra*, and against the defendant Cooling & Winter LLC, for the sum of $1,001.00 plus reasonable attorney's fees and costs as described in the Offer of Judgment paragraphs 3-4, *supra*.

Dated at Atlanta, Georgia, this 18th day of August, 2020.

                JAMES N. HATTEN
                CLERK OF COURT

          By:   s/Traci Clements Campbell
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 18, 2020
James N. Hatten
Clerk of Court

By:  s/Traci Clements Campbell
   Deputy Clerk